IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED

DEC - 1 2016

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 06–23–H–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GARY FREDERICK DOERR, | |
| Defendant. | |

IT IS ORDERED that the disposition of the revocation proceedings is continued to February 16, 2017, at 10:00 a.m. at the Russell Smith Courthouse in Missoula, Montana.

IT IS FURTHER ORDERED that the defendant remains subject to all existing conditions of supervised release and must get back into his sex offender treatment program.

IT IS FURTHER ORDERED that the United States Marshals are directed to release the defendant pending the February hearing.

DATED this 1st day of December, 2016.

Donald W. Molloy, District Judge
United States District Court