
**FILED**

FEB 1 3 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY FREDERICK DOERR,<br><br>Defendant. | CR 06–23–H–DWM<br><br>ORDER |

The United States having moved unopposed for leave to allow witnesses to appear via video,

IT IS ORDERED that the United States' motion (Doc. 146) is GRANTED. United States Probation Officer Matt Shea and Howard Lewis, Director and Sex Offender Therapist of the South Central Treatment Associates, may both testify via video at the defendant's revocation hearing on February 16, 2017. The United States shall coordinate with court personnel to make the necessary arrangements.

Dated this 13th day of February, 2017.

Donald W. Molloy, District Judge
United States District Court